**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
Thomas Gantt Jr.,

                    Plaintiff,

   -against-                                          20 **CIVIL** 8103 (PED)

## **JUDGMENT**

Kilolo Kijakazi,
Acting Commissioner of the Social Security
Administration,

                    Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Order dated January 25, 2022, Plaintiff's motion for judgment on the pleadings is DENIED and Defendant's cross-motion for judgment on the pleadings is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York

      January 25, 2022

                                                     **RUBY J. KRAJICK**

                                                      **Clerk of Court**
                          **BY:**    *K. Mango*

                                                      **Deputy Clerk**